**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 00-7117**

---

LARRY BODIE,

Plaintiff- Appellant,

versus

RONALD J. ANGELONE; DR. CEI; K. B. HUBBARD; J.
S. KEELING; A. M. POWERS; R. R. ROBINSON; P.
K. MELVIN; J. S. GARMAN; J. L. FRANKLIN; J. E.
WHITE; K. L. OSBORNE; H. S. RICHESON; C. F.
SPARKS; P. A. TERRANGI; R. FLEMMING; L. A.
CORNERS; MS. PORCHER; J. PETTY,

Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  Robert E. Payne, District Judge.
(CA-99-810-3)

---

Submitted:  November 9, 2000          Decided:  November 15, 2000

---

Before WILKINS, WILLIAMS, and MOTZ, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Larry Bodie, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Larry Bodie, a Virginia inmate, appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2000) complaint under 28 U.S.C.A. § 1915(a) (West Supp. 2000). We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find that this appeal is frivolous. Accordingly, we dismiss the appeal on the reasoning of the district court. See Bodie v. Angelone, No. CA-99-810-3 (E.D. Va. July 27, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED